# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MASON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BEACH PARTNERS, LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 18cv488-LAB (RBB)<br><br>**ORDER TO SUPPLEMENT IFP MOTION** |

Roy Mason asks to proceed in forma pauperis to commence an action for disability discrimination. Litigants may commence an action without prepayment of fees when their claim isn't frivolous and they're unable to pay. 28 U.S.C. § 1915. Mason's action doesn't appear frivolous, but it's unclear that paying the filing fee would prevent him from providing "himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). That's because he's filed the same financial affidavit in nine similar actions in this district since January. Mason must augment his affidavit by filing a one-page memorandum by May 4 explaining whether he's in settlement negotiations in any of those cases, such that he expects an infusion of tax-free cash during the next six months. If he doesn't comply, the Court will deny his motion.

**IT IS SO ORDERED.**

Dated: 4-23-18

　　　　　　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge